JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>v.<br><br>THIRD STREET PROPERTY, LLC<br><br>        Defendant. | Case No. CV 19-08288-AB (KSx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by the mediator that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 13, 2020       _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.